

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Donny-Joe Curry,

No. 11-22-00084-CR

* Original Mandamus Proceeding

* April 7, 2022

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.